UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMIE LEE PETERSON,

    Plaintiff,

vs.

DAVID HEYMES, GREG SOMERS,
MARK URIBE, DAVID ISRAEL,
VILLAGE OF KALKASKA COUNTY OF
KALKASKA, UNNAMED OFFICERS
OF THE MICHIGAN STATE POLICE and
UNNAMED OFFICERS OF THE KALKASKA
POLICE DEPARTMENT,

    Defendants.
_____/

File No. 1:15-cv-00969
Hon. Paul L. Maloney
U.S. District Court Judge

Gayle Horn
Roshna Bala Keen
LOEVY & LOEVY
311 N. Aberdeen, 3rd Flr.
Chicago, IL 60607
Ph: (312) 243-5900
gayle@loevy.com
roshna@loevy.com

Gregory R. Grant (P68808)
CUMMINGS, McCLOREY, DAVIS &
ACHO, P.L.C.
Attorneys for Defts. Kalkaska County
and David Israel
400 W. Front St., Ste. 200
Traverse City, MI 49684
Ph: (231) 922-1888
ggrant@cmda-law.com

G. Gus Morris (P32960)
Christopher Raiti (P68600)
McGRAW MORRIS, P.C.
Attorneys for village and Heymes
2075 W. Big Beaver Rd., Ste. 750
Troy, MI 48084-3433
Ph: (248) 502-4000
gmorris@mcgrawmorris.com
craiti@mcgrawmorris.com

Joseph T. Froehlich (P71887)
John G. Fedynsky (P65232)
MICH DEPT. OF ATTORNEY GENERAL
Atttorneys for Defts. Somers and Uribe
P.O. Box 30736
Lansing, MI 48909-8236
Ph: (517) 373-6434
froehlichj@michigan.gov
FedynskyJ@michigan.gov

_____/

# NOTICE OF APPEAL

Notice is hereby given that Defendants David Israel and County of Kalkaska appeal to the United States Court of Appeals for the Sixth Circuit from the September 29, 2017 "Opinion and Order Denying Defendants' Motions" **(ECF No. 90, Pg ID 2050-2078)** entered by Judge Paul L. Maloney, that denied these Defendants' motion seeking summary judgment on grounds of federal "qualified immunity" and Michigan "governmental immunity."

/s/Gregory R. Grant
Gregory R. Grant (P68808)
Attorneys for Defendants Israel and Kalkaska County
400 W. Front St., Ste. 200
Traverse City, MI 49684
Ph: (231) 922-1888
ggrant@cmda-law.com

Dated: October 18, 2017