# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 20, 2017

Mr. Gregory Grant
Cummings, McClorey, Davis & Acho
400 W. Front Street
Suite 200
Traverse City, MI 49684

    Re: Case No. 17-2270, *Jamie Peterson v. David Israel, et al*
      Originating Case No. : 1:15-cv-00969

Dear Counsel,

  This appeal has been docketed as case number **17-2270** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

  Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

  At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **November 3, 2017**. Additionally, the transcript order must be completed by that date.

NOTE: Effective July 18, 2016, all attorneys must order transcript for appeal by using the CM/ECF docket entries. The transcript order form used prior to that date will not be accepted after July 18. For further information and instructions on ordering transcript electronically, please visit the court's website.

    Appellant: Appearance of Counsel
          Civil Appeal Statement of Parties & Issues
         Disclosure of Corporate Affiliations
         Application for Admission to 6th Circuit Bar (if applicable)

Appellee: Appearance of Counsel
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Roy G. Ford
Case Manager
Direct Dial No. 513-564-7016

cc: Mr. John G. Fedynsky
 Ms. Gayle M. Horn
 Mr. Christopher James Raiti

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 17-2270

JAMIE LEE PETERSON

        Plaintiff - Appellee

v.

DAVID ISRAEL; COUNTY OF KALKASKA

        Defendants - Appellants