UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
* * * * * * * * * * * * *

JAMIE LEE PETERSON,

    Plaintiff,

v

DAVID HEYMES, GREG SOMERS, MARK URIBE, DAVID ISRAEL, VILLAGE OF KALKASKA COUNTY OF KALKASKA, UNNNAMED OFFICERS OF THE MICHIGAN STATE POLICE, and UNNAMED OFFICERS OF THE KALKASKA POLICE DEPARTMENT,

    Defendants.

HON. PAUL L. MALONEY
U.S. DISTRICT COURT JUDGE

FILE NO. 1:15-cv-00969

_____/

Gayle Horn
Roshna Bala Keen
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL  60607
(312) 243-5900
gayle@loevy.com
roshna@loevy.com

G. Gus Morris (P32960)
Christopher Raiti (P68600)
McGRAW MORRIS, P.C.
Attorneys for Village and Heymes
2075 W. Big Beaver Road, Suite 750
Troy, MI  48084-3433
(248) 502-4000
gmorris@mcgrawmorris.com
craiti@mcgrawmorris.com

Gregory R. Grant (P68808)
CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.
Attorneys for Defendants County and Israel
400 W. Front Street, Ste. 200
Traverse City, MI 49684
(231) 922-1888
ggrant@cmda-law.com

Joseph T. Froehlich (P71887)
John G. Fedynsky (P65232)
MICH DEPT. OF ATTORNEY GENERAL
Attorneys for Defendants Somers and Uribe
PO Box 30736
Lansing, MI 48909-8236
Phone:  (517) 373-6434
froehlichj@michigan.gov
fedynskyj@michigan.gov

_____/

## STIPULATION AND ORDER FOR STAY OF PROCEEDINGS DURING INTERLOCUTORY IMMUNITY APPEAL

NOW COME the parties herein, by and through their respective attorneys, hereby stipulate and agree to the following:

1. Plaintiff Jamie Lee Peterson seeks to recover damages from Defendants on multiple federal and state-law claims arising from these Defendants' supposed role in allegedly coercive interrogations and manipulation of evidence that Peterson believes caused him to be wrongly prosecuted and convicted of a sexual assault for which the conviction was later vacated.

2. Defendants sought dismissal under Fed. R. Civ. P. 8(a) and 12(b)(6) on grounds including "qualified immunity" against Peterson's federal claims and "governmental immunity" against Peterson's state-law claims.

3. This Court converted the Defendants' motion to one for summary judgment under Fed. R. Civ. P. 56.

4. By its opinion and order entered September 29, 2017, this Court denied the motion by Defendants.

5. Defendants have filed their Notices of Appeal to the Sixth Circuit challenging the denial of their "qualified immunity" and "governmental immunity."

6. The appeal by Defendants is now pending in the United States Court of Appeals for the Sixth Circuit.

7. Federal "qualified immunity" is "an entitlement not to stand trial or face other burdens of litigation," and the Supreme Court has recognized that the benefit of such immunity is "effectively lost" if governmental defendants are erroneously required to continue litigation of their case in the trial court. *Mitchell v. Forsyth*, 472 U.S. 511, 526 (1985).

8. The parties hereby stipulate to a stay of the District Court case pending the outcome of the appeal in the Sixth Circuit.

APPROVED AS TO FORM:

| | |
|---|---|
| /s/ Roshna Keen<br>Gayle Horn<br>Roshna Bala Keen<br>LOEVY & LOEVY<br>Attorneys for Plaintiff<br>Dated: November __2__, 2017 | /s/ Christopher Raiti<br>G. Gus Morris (P32960)<br>Christopher Raiti (P68600)<br>McGRAW MORRIS, P.C.<br>Attorneys for Defs. Village and Heymes<br>Dated: November __2__, 2017 |
| /s/ Joseph Froehlich<br>Joseph T. Froehlich (P71887)<br>John G. Fedynsky (P65232)<br>MICH DEPT. OF ATTORNEY GENERAL<br>Attorneys for Defs. Somers and Uribe<br>Dated: November __6__, 2017 | /s/ Gregory R. Grant<br>Gregory R. Grant (P68808)<br>CUMMINGS, McCLOREY, DAVIS &<br>ACHO, PLC<br>Attorneys for Defs. ISRAEL and COUNTY<br>Dated: November __6__, 2017 |

## ORDER

At a session of said Court
held on the ____ day of _____, 2017.

PRESENT: HONORABLE PAUL L. MALONEY
U.S. DISTRICT COURT JUDGE

Having read and filed the attached Stipulation, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the District Court case is hereby STAYED pending the outcome of the appeal in the Sixth Circuit.

_____
PAUL L. MALONEY, U.S. District Court Judge
Dated:

| | |
|---|---|
| From: | Roshna Bala Keen <roshna@loevy.com> |
| Sent: | Thursday, November 2, 2017 9:48 AM |
| To: | Laurie Robbins |
| Cc: | gayle@loevy.com; gmorris@mcgrawmorris.com; craiti@mcgrawmorris.com; froehlochj@michigan.gov; fedynskyj@michigan.gov; Gregory R. Grant |
| Subject: | Re: Peterson v Kalkaska County, et al - Proposed Stip and Order for Stay of Proceedings |

Yes, looks fine. Thanks.

On Thursday, November 2, 2017, Laurie Robbins <lrobbins@cmda-law.com> wrote:

> Attached is the revised Stip & Order. We removed paragraph 8. Please let us know if we have permission to sign the original.
>
>
> Thank you,

| | |
|---|---|
| From: | Christopher J. Raiti <craiti@mcgrawmorris.com> |
| Sent: | Thursday, November 2, 2017 10:10 AM |
| To: | Laurie Robbins; 'Roshna Bala Keen' |
| Cc: | gayle@loevy.com; gmorris@mcgrawmorris.com; froehlochj@michigan.gov; fedynskyj@michigan.gov; Gregory R. Grant |
| Subject: | RE: Peterson v Kalkaska County, et al - Proposed Stip and Order for Stay of Proceedings |

The Village Defendants consent.

Christopher J. Raiti
Partner
**McGraw Morris PC**
2075 West Big Beaver Rd
Suite 750
Troy, MI 48084
craiti@mcgrawmorris.com
www.mcgrawmorris.com
O 248.502.4000
F 248.502.4001
C 586.491.7482

CONFIDENTIAL AND ATTORNEY/CLIENT PRIVILEGED:

This e-mail and any attachments are confidential, intended for the addressee only and may be attorney/client privileged. If you are not the addressee, then please DO NOT read, copy or distribute the message or any attachment. Please reply to the sender that you received the message in error and delete it. Thank you.

---

**From:** Laurie Robbins [mailto:lrobbins@cmda-law.com]
**Sent:** Thursday, November 02, 2017 9:46 AM
**To:** Roshna Bala Keen
**Cc:** gayle@loevy.com; gmorris@mcgrawmorris.com; craiti@mcgrawmorris.com; froehlochj@michigan.gov; fedynskyj@michigan.gov; Gregory R. Grant
**Subject:** RE: Peterson v Kalkaska County, et al - Proposed Stip and Order for Stay of Proceedings

Attached is the revised Stip & Order. We removed paragraph 8. Please let us know if we have permission to sign the original.

Thank you,

| | |
|---|---|
| From: | Froehlich, Joseph (AG) <FroehlichJ@michigan.gov> |
| Sent: | Monday, November 6, 2017 12:50 PM |
| To: | Laurie Robbins |
| Cc: | G. Gus Morris; Christopher James Raiti; Gregory R. Grant |
| Subject: | RE: Jamie Lee Peterson matters |

Has everyone approved it but me? You can indicate my consent and file with the Court.

Thanks

Joseph T. Froehlich
Assistant Attorney General
Michigan Department of Attorney General
Civil Litigation, Employment and Elections Division
525 West Ottawa Street, Fifth Floor
P.O. Box 30736
Lansing, MI 48909
(517) 373-6434
froehlichj@michigan.gov



PRIVILEGED AND CONFIDENTIAL - ATTORNEY CLIENT COMMUNICATION: The above communication may be protected by the attorney-client privilege and should be read by the intended recipient(s) only. Further distribution of this message beyond the intended recipient(s) may waive this privilege. If you feel that you have received this message in error, please contact the sender immediately.

---

**From:** Laurie Robbins [mailto:lrobbins@cmda-law.com]
**Sent:** Monday, November 6, 2017 12:05 PM
**To:** Froehlich, Joseph (AG) <FroehlichJ@michigan.gov>
**Cc:** G. Gus Morris <gmorris@mcgrawmorris.com>; Christopher James Raiti <craiti@mcgrawmorris.com>; Gregory R. Grant <ggrant@cmda-law.com>
**Subject:** RE: Jamie Lee Peterson matters

Attached is the proposed Stip & Order that was emailed on 11/2.

Thank you,