UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMIE LEE PETERSON,

    Plaintiff,

v

DAVID HEYMES, GREG SOMERS, MARK URIBE, DAVID ISRAEL, ESTATE OF BRIAN DONNELLY, VILLAGE OF KALKASKA, COUNTY OF KALKASKA, UNNAMED OFFICERS OF THE MICHIGAN STATE POLICE, and UNNAMED OFFICERS OF THE KALKASKA POLICE DEPARTMENT,

    Defendants.

No. 1:15-cv-00969

HON. PAUL L. MALONEY

| | |
|---|---|
| Gretchen E. Helfrich<br>Gayle Horn<br>Roshna Bala Keen<br>Loevy & Loevy<br>Attorneys for Plaintiff<br>311 North Aberdeen, 3rd Floor<br>Chicago, IL 60607<br>(312) 243-5902 | Joseph T. Froehlich (P71887)<br>John G. Fedynsky (P65232)<br>Attorneys for Defendants Somers & Uribe<br>Michigan Dep't of Attorney General<br>Civil Litigation, Employment & Elections Division<br>P.O. Box 30736<br>Lansing, MI 48909<br>(517) 373-6434 |
| G. Gus Morris (P32960)<br>Christopher J. Raiti (P68600)<br>McGraw Morris PC<br>Attorneys for Defendants Heymes<br>& Village of Kalkaska<br>2075 W Big Beaver Rd., Ste. 750<br>Troy, MI 48084<br>(248) 502-4000 | Gregory R. Grant (P68808)<br>Cummings, McClorey, Davis & Acho, PLC<br>Attorney for Defendants Israel<br>& County of Kalkaska<br>400 W. Front Street, Ste 200<br>Traverse City, MI 49684<br>(231) 922-1888 |

**MOTION TO WITHDRAW APPEARANCE**

Joseph T. Froehlich, former Assistant Attorney General for the State of Michigan, moves the Court to enter an order granting his motion to withdraw his appearance as counsel for Greg Somers and Mark Uribe (Defendants) in the above action, based on the following grounds:

1. Joseph T. Froehlich has accepted another job offer and is no longer employed as an Assistant Attorney General.

2. Good cause exists for authorizing the withdrawal by former Assistant Attorney General Joseph T. Froehlich from representing Defendants in this case because Mr. Froehlich is no longer representing the State of Michigan or its employees as an Assistant Attorney General. Additionally, Assistant Attorney General John G. Fedynsky has entered an appearance on behalf of Defendants.

3. Termination of attorney Froehlich as counsel for Defendants will not adversely affect Defendants, as they will continue to be represented by AAG Fedynsky.

                                Respectfully submitted,

                                BILL SCHUETTE
                                Attorney General

                                *s/ Joseph T. Froehlich*
                                Joseph T. Froehlich (P71887)
                                John G. Fedynsky (P65232)
                                Former Assistant Attorney General
                                Michigan Dep't of Attorney General
                                Attorney for Defendants Somers & Uribe
                                P.O. Box 30736
                                Lansing, MI 48909
                                (517) 373-6334
Dated: April 5, 2018                FroehlichJ@michigan.gov

## CERTIFICATE OF SERVICE

     I hereby certify that on April 5, 2018, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the foregoing document as well as via US Mail to all non-ECF participants.

                                       *s/ Joseph T. Froehlich*
                                       Joseph T. Froehlich (P71887)
                                       P.O. Box 30736
                                       Lansing, Michigan 48909