UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMIE LEE PETERSON,

    Plaintiff,

v

No. 1:15-cv-00969

HON. PAUL L. MALONEY

DAVID HEYMES, GREG SOMERS,
MARK URIBE, DAVID ISRAEL,
ESTATE OF BRIAN DONNELLY,
VILLAGE OF KALKASKA, COUNTY OF
KALKASKA, UNNAMED OFFICERS OF
THE MICHIGAN STATE POLICE, and
UNNAMED OFFICERS OF THE
KALKASKA POLICE DEPARTMENT,

    Defendants.

Gretchen E. Helfrich
Gayle Horn
Roshna Bala Keen
Loevy & Loevy
Attorneys for Plaintiff
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5902

G. Gus Morris (P32960)
Christopher J. Raiti (P68600)
McGraw Morris PC
Attorneys for Defendants Heymes
& Village of Kalkaska
2075 W Big Beaver Rd., Ste. 750
Troy, MI 48084
(248) 502-4000

Joseph T. Froehlich (P71887)
John G. Fedynsky (P65232)
Attorneys for Defendants Somers & Uribe
Michigan Dep't of Attorney General
Civil Litigation, Employment & Elections
Division
P.O. Box 30736
Lansing, MI 48909
(517) 373-6434

Gregory R. Grant (P68808)
Cummings, McClorey, Davis & Acho, PLC
Attorney for Defendants Israel
& County of Kalkaska
400 W. Front Street, Ste 200
Traverse City, MI 49684
(231) 922-1888

**BRIEF IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE**

In his role as an Assistant Attorney General for the State of Michigan, attorney Joseph T. Froehlich entered an appearance on behalf of Greg Somers and Mark Uribe (Defendants). Mr. Froehlich is no longer employed as an Assistant Attorney General. Accordingly, Mr. Froehlich should be permitted to withdraw as counsel for Defendants.

Allowing Mr. Froehlich to withdraw as counsel for Defendants will not adversely affect Defendants or otherwise adversely affect this case, as Defendants have been represented, and will continue to be represented, by Assistant Attorney General John G. Fedynsky, who filed an appearance on November 16, 2015.

Accordingly, for the reasons set forth above, and in the motion to withdraw appearance, Mr. Froehlich respectfully requests that this Court enter an order allowing him to withdraw as counsel for Defendants Greg Somers and Mark Uribe.

Respectfully submitted,

BILL SCHUETTE
Attorney General

*s/ Joseph T. Froehlich*
Joseph T. Froehlich (P71887)
Former Assistant Attorney General
Michigan Dep't of Attorney General
Attorney for Defendant Somers & Uribe
P.O. Box 30736
Lansing, MI 48909
(517) 373-6334
FroehlichJ@michigan.gov

Dated: April 5, 2018

## CERTIFICATE OF SERVICE

  I hereby certify that on April 5, 2018, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the foregoing document as well as via US Mail to all non-ECF participants.

              *s/ Joseph T. Froehlich*
              Joseph T. Froehlich (P71887)
              P.O. Box 30736
              Lansing, Michigan 48909