UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMIE LEE PETERSON,

    Plaintiff,

v.

DAVID HEYMES, et al.,

    Defendants.

_____/

Case No. 1:15-cv-969

HONORABLE PAUL L. MALONEY

## **ORDER GRANTING MOTION TO WITHDRAW APPEARANCE**

Pending before the Court is Attorney Joseph T. Froehlich's motion to withdraw appearance (ECF No. 101). For the reasons stated in the motion, the motion is GRANTED. Attorney Froehlich's appearance as counsel for Defendants Greg Somers and Mark Uribe is deemed withdrawn.

**IT IS SO ORDERED**.

Dated: April 5, 2018

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge