IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES L. PETERSON, on behalf of JAMIE PETERSON, a legally incapacitated individual, | ) ) ) ) | Case No. 1:15-cv-00969 |
| Plaintiff, | ) ) | Hon. Paul L. Maloney |
| v. | ) ) ) | |
| DAVID HEYMES et al, | ) ) | |
| Defendants. | ) | |

## ORDER

This matter came before the Court upon the joint motion of the parties pursuant to Rule 62.1 of the Federal Rules of Civil Procedure, asking this Court to indicate its willingness to accept the limited remand from the Court of Appeals and proceed to consider Plaintiff's Agreed Motion for Approval of Settlement Involving a Legally Incapacitated Individual.

Having considered the parties' motion and the entire record, the Court is of the opinion, and so finds, that if the case is remanded to it by the Court of Appeals for the Sixth Circuit, it will grant the relief requested.

**IT IS, THEREFORE, ORDERED BY THE COURT** that if this case is remanded by the Court of Appeals, this Court will grant the parties' joint motion pursuant to Rule 62.1 of the Federal Rules of Civil Procedure and proceed to consider Plaintiff's Agreed Motion for Approval of Settlement Involving a Legally Incapacitated Individual.

ENTERED this  20th  day of  September , 2018.

/s/ Paul L. Maloney
Judge, United States District Court