IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JAMES L. PETERSON, on behalf of JAMIE PETERSON, a legally incapacitated individual, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| DAVID HEYMES, VILLAGE OF KALKASKA, GREG SOMERS, MARK URIBE, DAVID ISRAEL, BRUCE DONNELLY, COUNTY OF KALKASKA, UNNAMED OFFICERS OF THE MICHIGAN STATE POLICE, and UNNAMED OFFICERS OF THE KALKASKA POLICE DEPARTMENT, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

Case No. 1:15-cv-00969

Hon. Paul L. Maloney

**[PROPOSED] ORDER**

This cause coming before the Court on Plaintiff's Agreed Motion for Approval of Settlement involving a Legally Incapacitated Person, the Court hereby orders that:

(1) The settlement reached between Plaintiff and Defendants David Heymes and the Village of Kalkaska is in the best interest of Plaintiff;
(2) The attorneys' fees and costs as described in the Plaintiff's Agreed Motion are fair and reasonable;
(3) The settlement is hereby approved.

SO ORDERED,

_____
Hon. Paul L. Maloney