# PETERSON, Jaymie Expenses
## *as of 9/12/2018*

| Vendor | Date | Invoice # | Amount | Notes |
|---|---|---|---|---|
| Gretchen Helfrich | 7/7/15 | | $345.58 | Mileage reimbursement |
| United Airlines | 7/21/15 | | $1,080.20 | |
| United Airlines | 7/21/15 | | $1,080.20 | Not a duplicate charge |
| All Season's Resort | 7/29/15 | | $136.74 | |
| All Season's Resort | 7/29/15 | | $136.74 | Not a duplicate charge |
| Uber Technologies | 7/29/15 | | $21.41 | |
| WT @ Kalkaska | 7/29/15 | | $76.41 | |
| Blue Ribbon Taxi | 7/30/15 | | $33.85 | |
| Enterprise Rent-a-Car | 7/30/15 | | $219.91 | |
| Lot A EPS | 7/30/15 | | $70.00 | |
| United Airlines | 7/30/15 | | $150.00 | |
| United Airlines | 8/13/15 | | $450.20 | |
| United Airlines | 8/13/15 | | $450.20 | |
| Hotels.com | 8/14/15 | | $285.08 | |
| United Airlines | 8/17/15 | | $1.00 | |
| Zipcar, Inc. | 8/17/15 | | $88.49 | |
| Zipcar, Inc. | 8/22/15 | | $238.50 | |
| US District Court | 9/24/15 | | $200.00 | |
| US District Court | 9/28/15 | | $400.00 | |
| UPS | 10/8/15 | | $28.07 | |
| UPS | 10/8/15 | | $30.49 | |
| UPS | 10/8/15 | | $40.94 | |
| USPS | 10/20/15 | | $7.89 | To Village of Kalkaska |
| USPS | 10/20/15 | | $7.89 | To County of Kalkaska |
| Ace Investigative Services | 10/24/15 | | $83.00 | |
| John Hardy, Court Officer | 10/26/15 | | $90.00 | |
| BF Investigations, L.L.C. | 10/28/15 | 1611 | $34.60 | |
| John Hardy, Court Officer | 10/28/15 | | $75.00 | |
| UPS | 10/28/15 | | $30.49 | |
| Clerk of the Supreme Court | 10/29/15 | | $1.00 | |
| Michigan Vital Records | 10/29/15 | | $77.25 | |
| State Bar of Michigan | 10/30/15 | | $105.00 | |
| UPS | 10/30/15 | | $5.92 | |
| UPS | 10/30/15 | | $28.07 | |
| UPS | 11/1/15 | | $5.10 | |
| Clerk of the Supreme Court | 11/11/15 | | $1.00 | |
| Kalkaska County Probate Court | 11/13/15 | | $160.00 | |
| GTL Inmate Phone Service | 11/18/15 | | $15.00 | Part of charge |
| United Parcel Service | 11/21/15 | 0000731RV8475 | $24.40 | |
| United Parcel Service | 11/28/15 | 0000731RV8485 | $24.40 | |
| United Airlines | 1/5/16 | | $1,132.20 | |
| Enterprise Rent-a-Car | 1/12/16 | | $59.79 | |
| Lot A EPS | 1/12/16 | | $35.00 | |
| Court of Appeals, State of Michigan | 1/25/16 | | $375.00 | |
| Kalkaska Probate Court | 1/29/16 | | $25.00 | |
| Susan Wilds | 1/29/16 | | $57.80 | |
| US District Court | 2/1/16 | | $200.00 | |
| Grizzel & Associates, Inc. | 2/2/16 | 162457 | $70.95 | |
| United Parcel Service | 2/6/16 | 0000731RV8066 | $67.98 | |

# PETERSON, Jaymie Expenses
## *as of 9/12/2018*

| Vendor | Date | Invoice # | Amount | Notes |
|---|---|---|---|---|
| Clerk of the Supreme Court | 2/8/16 | | $1.00 | |
| Hotels.com | 2/10/16 | | $117.65 | |
| State Bar of Michigan | 2/10/16 | | $105.00 | |
| United Parcel Service | 2/13/16 | 0000731RV8076 | $91.18 | |
| State of Michigan | 2/17/16 | | $100.00 | |
| Grizzel & Associates, Inc. | 2/18/16 | 162579 | $60.00 | |
| United Parcel Service | 2/20/16 | 0000731RV8086 | $18.41 | |
| Grizzel & Associates, Inc. | 2/23/16 | 162666 | $56.25 | |
| USPS | 2/23/16 | | $7.45 | To Ruthann Donnelly |
| United Parcel Service | 2/27/16 | 0000731RV8096 | $18.84 | |
| Grizzel & Associates, Inc. | 3/10/16 | 162923 | $51.25 | |
| United Parcel Service | 3/12/16 | 0000731RV8116 | $41.57 | |
| USPS | 3/15/16 | | $7.67 | To Ruthann Donnelly |
| Grizzel & Associates, Inc. | 3/18/16 | 162972 | $50.75 | |
| United Parcel Service | 3/19/16 | 0000731RV8126 | $52.64 | |
| United Parcel Service | 3/26/16 | 0000731RV8136 | $40.60 | |
| Grizzel & Associates, Inc. | 3/29/16 | 163065 | $188.75 | |
| USPS | 3/29/16 | | $8.77 | To Tuth Donnelly |
| United Parcel Service | 4/2/16 | 0000731RV8146 | $44.32 | |
| Kalkaska County Court | 4/12/16 | | $7.00 | |
| United Parcel Service | 4/16/16 | 0000731RV8166 | $24.79 | |
| United Airlines | 6/2/16 | | $1,143.70 | |
| United Airlines | 6/2/16 | | $1,143.70 | Not a duplicate charge |
| All Season's Resort | 6/6/16 | | $92.22 | |
| All Season's Resort | 6/7/16 | | $92.22 | |
| Chi Taxi | 6/7/16 | | $53.30 | |
| Enterprise Rent-a-Car | 6/7/16 | | $78.89 | |
| United Parcel Service | 6/25/16 | 0000731RV8266 | $26.05 | |
| United Parcel Service | 7/2/16 | 0000731RV8276 | -$2.32 | |
| Gretchen Helfrich | 8/30/16 | | $163.50 | Mileage reimbursement |
| United Parcel Service | 9/17/16 | 0000731RV8386 | $31.34 | |
| State Bar of Michigan | 10/6/16 | | $105.00 | |
| United Parcel Service | 10/22/16 | 0000731RV8436 | $98.62 | |
| United Airlines | 12/13/16 | | $1,159.70 | |
| United Parcel Service | 12/17/16 | 0000731RV8516 | $25.39 | |
| Chicago Carriage Cab | 12/19/16 | | $50.00 | |
| Enterprise Rent-a-Car | 12/19/16 | | $237.00 | |
| Enterprise Rent-a-Car | 12/20/16 | | -$157.92 | |
| United Parcel Service | 1/28/17 | 0000731RV8047 | $43.78 | |
| United Airlines | 2/28/17 | | $648.40 | |
| Hotels.com | 3/21/17 | | $151.88 | |
| United Airlines | 3/21/17 | | $200.00 | |
| Supreme Court of Illinois | 3/28/17 | | $15.00 | |
| United Parcel Service | 4/1/17 | 0000731RV8137 | $48.05 | |
| State Bar of Michigan | 4/3/17 | | $105.00 | |
| United Parcel Service | 4/8/17 | 0000731RV8147 | $38.63 | |
| Kalkaska County Clerk | 4/11/17 | | $25.00 | |
| State of Michigan parking | 4/11/17 | | $2.00 | |
| United Parcel Service | 4/15/17 | 0000731RV8157 | $65.62 | |
| Kalkaska County | 4/20/17 | | $42.50 | |

# PETERSON, Jaymie Expenses
## *as of 9/12/2018*

| Vendor | Date | Invoice # | Amount | Notes |
|---|---|---|---|---|
| Susan Wilds | 4/24/17 | | $300.00 | |
| Rodell A. Sanders | 5/12/17 | | $379.50 | |
| Rodell A. Sanders | 5/19/17 | | $297.00 | |
| Rodell A. Sanders | 5/26/17 | | $305.25 | |
| Susan Wilds | 6/5/17 | | $92.70 | |
| UPS | 6/7/17 | | $43.92 | |
| Rodell A. Sanders | 6/8/17 | | $371.25 | |
| UPS | 6/11/17 | | $6.54 | |
| Rodell A. Sanders | 6/16/17 | | $189.75 | |
| Susan Wilds | 7/10/17 | | $1,223.75 | |
| Rodell A. Sanders | 7/26/17 | | $132.00 | |
| Clerk of Court | 8/30/17 | | $15.00 | |
| STATE BAR OF MICHIGAN | 9/1/17 | | $105.00 | Appeal Appearance Fee for Debra Loevy |
| United Parcel Service | 9/2/17 | 0000731RV8357 | $55.60 | |
| GPS*KALKASKA COUNTY C | 9/5/17 | | $47.50 | Records |
| TRUEFILING | 9/6/17 | | $386.25 | Appeal Filing Fee |
| TRUEFILING | 9/7/17 | | $103.00 | Filing Fee for Debra Loevy Appearance |
| THE UPS STORE 5249 | 9/16/17 | | $25.95 | food and hygiene items |
| THE UPS STORE 4569 | 9/23/17 | | $7.51 | food and hygiene items |
| TRUEFILING | 10/4/17 | | $103.00 | Filing of State Appeal Dismissal |
| Kalkaska County Clerk | 10/20/17 | | $39.00 | |
| USCA-6TH | 10/26/17 | | $231.00 | Admission of Roshna Bala Keen to 6th Circuit |
| Social Security Administration | 5/3/18 | | $32.00 | |
| United Parcel Service | 5/26/18 | 0000731RV8218 | $24.07 | |
| Pacer | 6/30/18 | | $31.30 | All charges thru this date |
| Westlaw | 7/12/18 | | $1,489.06 | All charges thru this date |
| Pasquali Law Offices, LLC | 8/7/18 | | $4,000.00 | Retainer for probate services |

**Billable Expenses:    $25,220.78**