# UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 20, 2018

Ms. Roshna Bala Keen

Mr. Jonathan L. Loevy

Mr. G. Gus Morris

          Re: Case No. 17-2283, *Jamie Peterson v. David Heymes, et al*
               Originating Case No. : 1:15-cv-00969

Dear Counsel,

  The Court issued the enclosed Order today in this case.

                                      Sincerely yours,

                                      s/Roy G. Ford
                                      Case Manager
                                      Direct Dial No. 513-564-7016

cc: Mr. Thomas Dorwin

Enclosure

Case No. 17-2283

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Sep 20, 2018
DEBORAH S. HUNT, Clerk

JAMIE LEE PETERSON,

    Plaintiff-Appellee,

v.

DAVID HEYMES,

    Defendant-Appellant,

and

VILLAGE OF KALKASKA; UNAMED OFFICERS OF THE MICHIGAN STATE POLICE; UNNAMED OFFICERS OF THE KALKASKA POLICE DEPARTMENT; ESTATE OF BRIAN DONNELLY,

    Defendants.

## ORDER FOR JOINT MOTION TO REMAND

    In accordance with the confidential settlement agreement reached between the parties following mediation negotiations under Rule 33 of the Sixth Circuit Rules, the parties jointly move, pursuant to Rule 12.1 of the Federal Rules of Appellate Procedure, to remand this case to the United States District Court for the Western District of Michigan for the limited purpose of considering the Plaintiff's Agreed Motion for Approval of Settlement Involving a Legally Incapacitated Individual.

    Upon consideration of the motion, and further considering the District Court's Order of September 20, 2018,

    **IT IS ORDERED** that the motion shall be, and it hereby is GRANTED. The appeal is remanded to the District Court for further proceedings. The parties shall notify this Court within 28 days following the District Court's decision and the effect of such decision on disposition of the appeal.

ENTERED PURSUANT TO RULE 33
OF THE SIXTH CIRCUIT RULES

_____
Deborah S. Hunt, Clerk