UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMIE LEE PETERSON,

      Plaintiff,                  Case No. 1:15–cv–00969–PLM–RSK

v.                               Hon. Paul L. Maloney

DAVID HEYMES, et al.,

      Defendants.
_____/

# **NOTICE OF HEARING**

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as
set forth below:

Motion(s):        Motion for Settlement (ECF No. 106)
Date/Time:       November 6, 2018   01:30 PM
District Judge:   Paul L. Maloney
Place/Location:  174 Federal Building, Kalamazoo, MI

                                 PAUL L. MALONEY
                                 United States District Judge

Dated:   October 18, 2018     By:   /s/ Amy C. Redmond_____
                                   Case Manager