UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES L. PETERSON, on behalf of
JAMIE LEE PETERSON, a legally
incapacitated individual,

    Plaintiff,

v.

DAVID HEYMES, et al.,

    Defendants.
_____/

Case No. 1:15-cv-969

HONORABLE PAUL L. MALONEY

## **ORDER**

Consistent with the determination by the Sixth Circuit Court of Appeals (ECF No. 118),

**IT IS HEREBY ORDERED** that Defendants David Israel and County of Kalkaska are TERMINATED from this lawsuit.

Dated: December 4, 2019

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge