UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JAMES L. PETERSON on behalf of Jamie Peterson, <br>                  Plaintiff, <br> -v- <br><br> DAVID HEYMES, *et al.*, <br>                  Defendants. | No. 1:15-cv-969 <br><br> Honorable Paul L. Maloney |

## JUDGMENT

The Court has approved the parties' settlements of all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   August 18, 2021                                   /s/  Paul L. Maloney
                                                                               Paul L. Maloney
                                                                               United States District Judge